## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| KRISTEN GRACE, FRANCISCO | ) | |
| GARZA, ROSSANA HERNANDEZ, | ) | |
| J. MICHAEL HEYSER, LISA LEAKE, | ) | |
| CHRISTOPHER STEIN, CHRISTOPHER | ) | |
| SUBLETT, and LESLIE ZEPEDA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-cv-2083-CMH-WBP |
| | ) | |
| RTX CORPORATION f/k/a RAYTHEON | ) | |
| TECHNOLOGIES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO RULE 11

Defendant RTX Corporation f/k/a Raytheon Technologies Corporation ("Raytheon"),[1] by

its undersigned attorneys, respectfully moves this Court for an order sanctioning plaintiffs

Kristen Grace, Franciso Garza, Rossana Hernandez, J. Michael Heyser, Lisa Leake, Christopher

Stein, Christopher Sublett, and Leslie Zepeda (collectively, "Plaintiffs") and their counsel

pursuant to Rule 11 of the Federal Rules of Civil Procedure by dismissing this action with

prejudice and awarding monetary sanctions in the amount of $25,000.

As set forth more fully in the accompanying Memorandum of Points and Authorities in

Support and the Declaration of Samantha L. Brooks and exhibits thereto, Plaintiffs and their

counsel violated Rule 11 for two reasons. **First**, the claims of plaintiffs Grace, Heyser, Leake,

---

[1] Plaintiffs were actually employed by Raytheon Company, not Raytheon Technologies Company. Raytheon Technologies Company is now RTX Corporation. For ease of reference, RTX Corporation refers to itself and Plaintiffs' employer as "Raytheon."

Stein, and Zepeda (collectively, the "Arizona Plaintiffs") are barred by *res judicata* because they previously asserted similar claims in an action filed in the U.S. District Court for the District of Arizona, Case No. 22-cv-00436-TUC-RM, which was dismissed **with prejudice**.  *Leake v. Raytheon Technologies Corp.*, 2023 U.S. Dist. LEXIS 32177 (D. Az. Feb. 27, 2023); *Leake v. Raytheon Technologies Corp.*, 2024 U.S. App. LEXIS 10287 (9th Cir. Apr. 29, 2024), *cert denied*, 2024 U.S. LEXIS 4384 (Oct. 21, 2024).  Because the Complaint in this action arises from the exact same nucleus of fact as the Arizona Plaintiffs' prior action, their claims in this action are barred by *res judicata*.  *See, e.g., Laurel Sand & Gravel, Inc. v. Wilson,* 519 F.3d 156, 161-62 (4th Cir. 2008).

**Second**, all of Plaintiffs' claims are time-barred because they waited more than 90 days after receiving right-to-sue letters from the U.S. Equal Employment Opportunity Commission ("EEOC") to commence this action.  *See, e.g., Quinn v. Copart of Conn., Inc.*, 791 F. App'x 393, 395 (4th Cir. 2019).  Each of the Plaintiffs received their right-to-sue letters between October 3, 2022 and August 4, 2024, yet did not commence this action until November 20, 2024.  Accordingly, all Plaintiffs' claims are time-barred.

Plaintiffs' and their counsel's conduct violates Rule 11 because they knew that Plaintiffs' claims were barred, yet proceeded anyway.  Raytheon served this motion and supporting papers on Plaintiffs on December 31, 2024, but Plaintiffs failed to withdraw the Complaint within 21 days of service.  Accordingly, Plaintiffs and their counsel should be sanctioned for violating Rule 11.

Dated: January 24, 2025

Respectfully submitted,

By:     */s/ Samantha L. Brooks*
  Samantha L. Brooks, VA Bar No. 91928
  SEYFARTH SHAW LLP

2

315818375v.1

975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560

Fax: (202) 641-9209
sbrooks@seyfarth.com

Dawn R. Solowey (*pro hac vice* application forthcoming)
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210
(617) 946-4800
dsolowey@seyfarth.com

Owen R. Wolfe (*pro hac vice* application forthcoming)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
owolfe@seyfarth.com

*Counsel for Defendant RTX Corporation*

3

315818375v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of January 2025, the foregoing MOTION FOR

SANCTIONS PURSUANT TO RULE 11 was filed with the Clerk of Court using the CM/ECF

system, which will then send a notification of such filing to the following counsel of record:

> E. Scott Loyd
> Lloyd Law Group, PLLC
> 15 Chester Street
> Front Royal, VA 22630
> scott@lloydlg.com
>
> *Counsel for Plaintiffs*


　　　　　　　　　　　　　　*/s/ Samantha L. Brooks*
　　　　　　　　　　　　　Samantha L. Brooks
　　　　　　　　　　　　　　VA Bar No. 91928
　　　　　　　　　　　　　SEYFARTH SHAW LLP
　　　　　　　　　　　　　975 F Street, N.W.
　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　(202) 828-3560
　　　　　　　　　　　　　Fax: (202) 641-9209
　　　　　　　　　　　　　sbrooks@seyfarth.com
　　　　　　　　　　　　　*Counsel for Defendant RTX Corporation*

315818375v.1