# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| KRISTEN GRACE, FRANCISCO | ) | |
| GARZA, ROSSANA HERNANDEZ, | ) | |
| J. MICHAEL HEYSER, LISA LEAKE, | ) | |
| CHRISTOPHER STEIN, CHRISTOPHER | ) | |
| SUBLETT, and LESLIE ZEPEDA | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-cv-2083-CMH-WBP |
| | ) | |
| RTX CORPORATION f/k/a RAYTHEON | ) | |
| TECHNOLOGIES CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING OF
## DEFENDANT'S MOTION TO DISMISS

PLEASE TAKE NOTICE, that on Friday, February 28, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant RTX Corporation f/k/a Raytheon Technologies Corporation ("Raytheon"),[1] by and through its undersigned counsel, will move this Court to enter an order dismissing the Complaint of plaintiffs Kristen Grace, J. Michael Heyser, Lisa Leake, Christopher Stein, Leslie Zepeda, Francisco Garza, Rossana Hernandez, and Chirstopher Sublett pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice.

Dated:  January 24, 2025

Respectfully submitted,

By:   */s/ Samantha L. Brooks*
Samantha L. Brooks, VA Bar No. 91928

---

[1] Plaintiffs were actually employed by Raytheon Company, not Raytheon Technologies Company.  Raytheon Technologies Company is now RTX Corporation.  For ease of reference, RTX Corporation refers to itself and Plaintiffs' employer as "Raytheon."

2

SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560

Fax: (202) 641-9209
sbrooks@seyfarth.com

Dawn R. Solowey (*pro hac vice* application forthcoming)
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210
(617) 946-4800
dsolowey@seyfarth.com

Owen R. Wolfe (*pro hac vice* application forthcoming)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
owolfe@seyfarth.com

*Counsel for Defendant RTX Corporation*

2

315568321v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January 2025, the foregoing Notice of Hearing was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

> E. Scott Loyd
> Lloyd Law Group, PLLC
> 15 Chester Street
> Front Royal, VA 22630
> scott@lloydlg.com
>
> *Counsel for Plaintiffs*

> */s/ Samantha L. Brooks*
> Samantha L. Brooks, VSB No. 91928
> sbrooks@seyfarth.com
> SEYFARTH SHAW LLP
> 975 F Street, N.W.
> Washington, DC  20004-1454
> Telephone:  (202) 463-2400
> Facsimile:  (202) 828-5393
>
> *Counsel for Defendant*

3