IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| KRISTEN GRACE et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-2083 |
| | ) |
| RTX CORPORATION (f/k/a | ) |
| Raytheon Technologies | ) |
| Corporation), | ) |
| | ) |
|     Defendant. | ) |

## ORDER

THIS MATTER comes before the Court on Defendant's Motion to Dismiss. As Plaintiffs filed an Amended Complaint on February 14, 2025, it is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED as moot. It is further

ORDERED that the hearing set for February 28, 2025 is CANCELLED.

_Claude M. Hilton_
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 28, 2024