**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

KRISTEN GRACE, *et al.*,          )
                                  )
          Plaintiffs,             )
                                  )
v.                                )          Case No. 1:24-cv-02083 (CMH/WBP)
                                  )
RTX CORPORATION,                  )
                                  )
          Defendant.              )

## ORDER

Before the Court is Defendant's Motion for Sanctions. ("Motion"; ECF No. 4.) Because the Court denied Defendant's Motion to Dismiss as moot (ECF No. 17), and it being otherwise proper to do so, it is hereby

ORDERED that Defendant's Motion for Sanctions is DENIED as moot.

Entered this 28th day of February 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia