**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| KRISTEN GRACE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-02083 (CMH/WBP) |
| | ) | |
| RTX CORPORATION, f/k/a Raytheon Technologies Corporation, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### <u>ORDER</u>

Before the Court is Defendant's Renewed Motion for Sanctions Pursuant to Rule 11. ("Motion"; ECF No. 25.) Because the district judge has informed the parties that Defendant's Motion to Dismiss (ECF No. 18) will be decided on the papers, it is hereby

ORDERED that the hearing on Defendant's Motion—currently scheduled for May 2, 2025—will be held in abeyance pending the district judge's ruling on Defendant's Motion to Dismiss. Once the district judge rules on the Motion to Dismiss, Defendant may notice a hearing on the Motion, if it is appropriate that it do so.

Entered this 22nd day of April 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia