**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| KRISTEN GRACE, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-02083 (CMH/WBP) |
| | ) | |
| RTX CORPORATION, f/k/a Raytheon | ) | |
| Technologies Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is Defendant RTX Corporation's ("RTX") Renewed Motion for

Sanctions Pursuant to Rule 11. ("Motion"; ECF No. 25.) On April 22, 2025, the undersigned

entered an order holding the Motion in abeyance pending the district judge's ruling on RTX's

Motion to Dismiss. (ECF No. 30.) The order also provided that RTX may notice a hearing on the

Motion once the district judge ruled on the Motion to Dismiss—which the district judge did on

July 22, 2025. (ECF Nos. 30 and 31.) Because RTX has not yet noticed a hearing on the Motion,

it is hereby

ORDERED that, if RTX wishes to proceed with its Motion, it must file any amended

motion on or before August 8, 2025, and it also must file a notice for a hearing on the Motion by

that same deadline. If RTX does not notice a hearing on or before August 8, 2025, the

undersigned will deny the Motion as moot.

Entered this 4th day of August 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia