**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| KRISTEN GRACE, FRANCISCO GARZA, ROSSANA HERNANDEZ, J. MICHAEL HEYSER, LISA LEAKE, CHRISTOPHER STEIN, CHRISTOPHER SUBLETT, and LESLIE ZEPEDA<br><br>Plaintiffs,<br><br>v.<br><br>RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 24-cv-2083-CMH-WBP<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF HEARING OF**
**DEFENDANT'S AMENDED MOTION FOR SANCTIONS**

PLEASE TAKE NOTICE, that on Friday, September 19, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant RTX Corporation f/k/a Raytheon Technologies Corporation ("Raytheon"),[1] by and through its undersigned counsel, will move this Court to enter an order sanctioning plaintiffs Kristen Grace, J. Michael Heyser, Lisa Leake, Christopher Stein, Leslie Zepeda, Rossana Hernandez, and Christopher Sublett and their counsel pursuant to Fed. R. Civ. P. 11(c).[2]

Dated:  August 8, 2025

Respectfully submitted,

---

[1] Plaintiffs were actually employed by Raytheon Company, not Raytheon Technologies Company.  Raytheon Technologies Company is now RTX Corporation.  For ease of reference, RTX Corporation refers to itself and Plaintiffs' employer as "Raytheon."

[2] Raytheon is not seeking sanctions against Plaintiff Francisco Garza based upon his counsel's representation that Mr. Garza wishes to withdraw from this lawsuit.

315568476v.2

2

By:     */s/ Samantha L. Brooks*

Samantha L. Brooks, VA Bar No. 91928
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560

Fax: (202) 641-9209
sbrooks@seyfarth.com

Dawn R. Solowey (admitted *pro hac vice*)
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210
(617) 946-4800
dsolowey@seyfarth.com

Owen R. Wolfe (admitted *pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
owolfe@seyfarth.com

*Counsel for Defendant RTX Corporation*

315568476v.2

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August 2025, the foregoing Notice of Hearing

was filed with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing to the following counsel of record:


E. Scott Loyd
Lloyd Law Group, PLLC
15 Chester Street
Front Royal, VA 22630
scott@lloydlg.com

*Counsel for Plaintiffs*


/s/ Samantha L. Brooks
Samantha L. Brooks, VSB No. 91928
sbrooks@seyfarth.com
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
Facsimile:  (202) 828-5393

*Counsel for Defendant*

3

315568476v.2