**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| | ) | |
| KRISTEN GRACE, FRANCISCO | ) | |
| GARZA, ROSSANA HERNANDEZ, | ) | |
| J. MICHAEL HEYSER, LISA LEAKE, | ) | |
| CHRISTOPHER STEIN, CHRISTOPHER | ) | |
| SUBLETT, and LESLIE ZEPEDA | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 4-cv-2083-CMH-WBP |
| v. | ) | |
| | ) | |
| | ) | |
| RTX CORPORATION f/k/a RAYTHEON | ) | Dated: August 22, 2025 |
| TECHNOLOGIES CORPORATION, | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF APPEAL</u>

PLEASE TAKE NOTICE that Plaintiffs Kristen Grace, Rossana Hernandez, J. Michael

Heyser, Lisa Leake, Christopher Stein, Christopher Sublett, and Leslie Zepeda hereby appeal to

the United States Court of Appeals for the Fourth Circuit from this Court's July 22, 2025, Order

granting Defendant's Motion to Dismiss (ECF No. 31). Plaintiff Francisco Garza is not

participating in the appeal.


Dated: August 22, 2025             Respectfully submitted,

                                      <u>/s/ E. Scott Lloyd</u>
                                      E. Scott Lloyd
                                      Virginia Bar # 76989
                                      Lloyd Law Group, PLLC
                                      106 Chester Street, Suite 1
                                      Front Royal, VA 22630
                                      Office: (540) 823-1110
                                      Cell: (540) 631-4081
                                      Fax: (540) 583-4279

1

scott@lloydllg.com
*Counsel for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true copy of the foregoing was filed and served via ECF upon:

Samantha L. Brooks
VA Bar No. 91928
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560
Fax: (202) 641-9209
sbrooks@seyfarth.com
*Counsel for Defendant RTX Corporation*

Dawn Reddy Solowey
*Pro hac vice*
Seyfarth Shaw LLP
Two Seaport Blvd, Suite 1200
Boston, MA 02210
617-946-4800
Fax: 617-439-3675
Dsolowey@seyfarth.Com
*Counsel for Defendant RTX Corporation*

Owen Richard Wolfe
*Pro hac vice*
Seyfarth Shaw LLP
620 Eighth Avenue 32nd Floor
New York, NY 10018
212-218-5500
Fax: 917-344-1394
Owolfe@seyfarth.Com

E. Scott Lloyd
E. Scott Loyd

2