## APPEAL TRANSMITTAL SHEET (non-death penalty)

| **Transmittal to 4CCA of notice of appeal filed:** 08/22/25<br><br>✓ First NOA in Case<br><br>___ Subsequent NOA-same party<br><br>___ Subsequent NOA-new party<br><br>___ Subsequent NOA-cross appeal<br><br>___ Paper ROA    ___ Paper Supp.<br><br>Vols: _____<br><br>Other: . | **District:**<br><br>EDVA<br><br>**Division:**<br><br>Alexandria<br><br>**Caption:**<br><br>Kristen Grace et al<br>v.<br>RTX Corporation | **District Case No.:**<br><br>1:24-cv-02083-CMH-WBP<br><br>**4CCA No(s). for any prior NOA:**<br><br><br>**4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | **Fee Status:**<br>___ No fee required (USA appeal)    ✓ Appeal fees paid in full    ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>✓ Court never granted IFP status (must pay fee or apply to 4CCA) |
|---|---|
| **District Judge:**<br>Claude M. Hilton | **PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all):<br><br><br><br><br>**Coordinator:** Judith Lanham | **Sealed Status** (check all that apply):<br>____ Portions of record under seal<br>____ Entire record under seal<br>____ Party names under seal<br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable):<br>___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | **Record Status for Counseled Appeals** (check any applicable):<br>___ Assembled electronic record available upon request<br>___ Additional sealed record available upon request<br>___ Paper record or supplement available upon request<br>✓ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |
|---|---|

Deputy Clerk: S. Brown_____    Phone: 703-299-2100_____    Date: 08/26/25_____

10/2022