FILED: September 2, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2022
(1:24-cv-02083-CMH-WBP)

_____

KRISTEN GRACE; ROSSANA HERNANDEZ; MICHAEL HEYSER; LISA LEAKE; CHRISTOPHER STEIN; CHRISTOPHER SUBLETT; LESLIE ZEPEDA

      Plaintiffs - Appellants

and

FRANCISCO GARZA

      Plaintiff

v.

RTX CORPORATION, f/k/a Raytheon Technologies Corporation

      Defendant - Appellee

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:24-cv-02083-CMH-WBP |
| Date notice of appeal filed in originating court: | 08/22/2025 |
| Appellants | Kristen Grace, Rossana Hernandez, Michael Heyser, Lisa Leake. Christopher Stein, Christopher Sublett, Leslie Zepeda |
| Appellate Case Number | 25-2022 |
| Case Manager | Taylor Barton 804-916-2702 |