**Request for Authorization to bring electronic device(s) into the
United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described
electronic device(s) into the United States District Court for the Eastern District of
Virginia on the date(s) specified:

Authorized Person(s):    Owen Richard Wolfe
_____

_____

Electronic Device(s):    Laptop
_____
Phone
_____

_____

Purpose and Location
Of Use:                  Hearing before Judge William B. Porter
_____

Case No.:                1:24-cv-02083-CMH-WBP
_____

Date(s) Authorized:      Sept. 19, 2025
_____

IT Clearance Waived:     X____(Yes)        _____(No)

APPROVED BY:

Date:_____    _____
                          United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:        _____    _____
                     IT Staff Member                 Date(s)

**IT clearance must be completed, unless waived, before court appearance.**