Date: 9/19/2025                                   Judge: WILLIAM B. PORTER
                                                  Reporter: FTR/400


Start: 10:36 a.m.
Finish: 11:10 a.m.


Civil Action Number: 1:24-cv-2083-CMH-WBP

Kristen Grace et al.

vs.

RTX Corporation

Appearance of Counsel for Pltf (X)  Deft (X)

Motion to/for:
[33] Defendant's Amended Motion for Sanctions Pursuant to Rule 11

Argued &
(X) Granted (   ) Denied (   ) Granted in part/Denied in part
(   ) Taken Under Advisement (   ) Continued to _____

_____
_____
_____
_____
_____
_____
_____

(   ) Report and Recommendation to Follow
(X) Order(s) to Follow