**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

KRISTEN GRACE et al.,         )
                                   )
      Plaintiffs,           )
                                   )
v.                             )        Case No. 1:24-cv-02083 (CMH/WBP)
                                   )
RTX CORPORATION,        )
                                 )
      Defendant.         )

## ORDER

Before the Court is Defendant RTX Corporation's Amended Motion for Sanctions. ("Motion"; ECF No. 33.) For the reasons stated on the record at the September 19, 2025, hearing, which is available on the Court's recording system, the Court finds that Plaintiffs and their counsel did not have an objectively reasonable basis to file the Complaint and the Amended Complaint, so it is hereby

ORDERED that the Motion is GRANTED. Defendant, however, has not provided sufficient support for a financial sanction. If Defendant intends to proceed with a request for a financial sanction, it is hereby

ORDERED that Defendant file with the Court by 5:00 p.m. on September 26, 2025, a supplemental brief with information sufficient to support its request for financial sanctions; Plaintiffs must file any opposition by 5:00 p.m. on October 3, 2025; and Defendant may file any reply by noon on October 8, 2025; and it is further

ORDERED that a hearing will be scheduled to determine the amount of any financial sanction at 10:00 a.m. on October 10, 2025.

Entered this 19th day of September 2025.

                                     _____

Alexandria, Virginia

William B. Porter
United States Magistrate Judge

2