**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| KRISTEN GRACE, FRANCISCO GARZA, ROSSANA HERNANDEZ, J. MICHAEL HEYSER, LISA LEAKE, CHRISTOPHER STEIN, CHRISTOPHER SUBLETT, and LESLIE ZEPEDA | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 24-cv-2083-CMH-WBP |
| RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF OWEN R. WOLFE IN SUPPORT**
**OF DEFENDANT'S SUPPLEMENTAL BRIEF IN SUPPORT OF MONETARY**
**SANCTIONS PURSUANT TO RULE 11**

I, Owen R. Wolfe, counsel for Defendant RTX Corporation f/k/a Raytheon Technologies Corporation ("Raytheon"),[1] certify under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2.      I am counsel of record representing Raytheon in the above-captioned action and admitted *pro hac vice* in this matter.

---

[1] Plaintiffs were actually employed by Raytheon Company, not Raytheon Technologies Company.  Raytheon Technologies Company is now RTX Corporation.  For ease of reference, I refer to RTX Corporation and Plaintiffs' employer as "Raytheon."

3.      Annexed hereto as **Exhibit A** is a true and correct copy of the Seyfarth Shaw LLP invoice reflecting the work performed on behalf of Raytheon in this matter.  This invoice was created by Seyfarth Shaw in the ordinary course of its business and reflects information transmitted by individuals with personal knowledge of the contents thereof, including myself.

4.      Certain entries in Exhibit A have been redacted in part based upon attorney-client privilege and/or the attorney work product doctrine.

5.      The attorneys working on this case were Ellen McLaughlin, Dawn Solowey, Samantha Brooks, and me.

6.      Ellen McLaughlin is a partner in Seyfarth Shaw's Chicago office and is a leading attorney in the field of labor and employment.  She has nearly 45 years of legal experience; has testified before Congress on labor and employment issues; and is frequently recognized by publications such as *Chambers* as a leading labor and employment attorney.

7.      As reflected in Exhibit A, Ms. McLaughlin acted in a limited supervisory role, billing a total of 2.6 hours during the course of this proceeding, or 4% of the total hours billed.

8.      Dawn Solowey is a partner in Seyfarth Shaw's Boston office.  She has more than 30 years of legal experience.  Among other areas of experience, Ms. Solowey has extensive experience with vaccination-related employment discrimination cases across the United States. She is frequently quoted in major publications such as *The Washington Post* and *The Wall Street Journal* on employment law issues.  She is also a co-lead of Seyfarth Shaw's Appellate Group. Ms. Solowey was one of Raytheon's attorneys of record in the prior Arizona litigation and the subsequent Ninth Circuit appeal.

9.      As reflected in Exhibit A, Ms. Solowey acted in a supervisory role, billing a total of 7.3 hours during the course of this matter, or 12% of the total hours billed.

10.     Samantha Brooks is an associate in Seyfarth Shaw's Washington, D.C. office. She is a labor and employment litigator with approximately 16 years of legal experience.  Ms. Brooks litigates a variety of labor and employment matters in this District and elsewhere.  She was recently recognized by *The Best Lawyers in America* as a leader in her field.  Prior to joining Seyfarth Shaw, Ms. Brooks worked as insurance defense counsel in New York.

11.     Ms. Brooks acted in a support role in this matter, guiding the team on practice in this District and assisting with the court filings in this matter.  She billed a total of 4.1 hours during the course of this action, or 6.7% of the total hours billed.

12.     I am a partner at Seyfarth and have approximately 13 years of litigation experience.  I have extensive experience in a wide variety of commercial litigation matters in federal and state courts across the country.  Along with Ms. Solowey, I am a co-lead of Seyfarth Shaw's Appellate Group.  I have been recognized for my appellate work, including receiving the 2025 Roll of Honor Award from the Freedom to Read Foundation for my *amicus* brief work.  I was one of Raytheon's attorneys of record in the Arizona litigation and the subsequent Ninth Circuit appeal.  Prior to joining Seyfarth, I was an attorney at the law firm Sullivan & Cromwell LLP.

13.     I billed 47.3 hours during the course of this litigation, or 77% of the total hours billed.  Based on my familiarity with the prior proceedings, I took the lead in drafting Raytheon's court papers for this matter.  Because of my familiarity with the prior proceedings, I was able to draft the papers more efficiently than another attorney would have been able.  I note also my hourly rate was the second-lowest on the Seyfarth team.  Accordingly, I believe it was appropriate for me to take the lead in drafting Raytheon's court papers, notwithstanding that I am a partner at Seyfarth.

- 4 -

14.    With respect to the hourly rates, each of the attorneys working on this matter

billed at discounted rates lower than their standard rates:

| Attorney Name | 2024 Standard Rate | 2024 Rate Actually Used for This Matter | 2025 Standard Rate | 2025 Rate Actually Used for This Matter |
|---|---|---|---|---|
| Ellen McLaughlin | $1,275 | $715 | $1,320 | $729.30 |
| Dawn Solowey | $1,015 | $715 | $1,110 | $729.30 |
| Samantha Brooks | $830 | $605 | $920 | $626.18 $665.00 |
| Owen Wolfe | $880 | $650 | $960 | $663 |

Executed on:  September 26, 2025

By: */s/ Owen R. Wolfe*
Owen R. Wolfe
*Counsel for Defendant RTX Corporation*