# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

KRISTEN GRACE,
ROSSANA HERNANDEZ,
J. MICHAEL HEYSER, LISA LEAKE,
CHRISTOPHER STEIN, CHRISTOPHER
SUBLETT, and LESLIE ZEPEDA

    **Plaintiffs,**

v.

RTX CORPORATION f/k/a RAYTHEON
TECHNOLOGIES CORPORATION,

    **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 24-cv-2083-CMH-WBP

## AFFIDAVIT OF LISA LEAKE

COMES NOW Plaintiff Lisa Leake and submits the following affidavit in support of

of her opposition to sanctions in the above-styled case.

1. I am over 18 years of age, of sound mind, and otherwise competent to make the following

statements.

2. My termination with Raytheon was an unexpected result in a disagreement of beliefs. My

actions were not with malevolence, nor did I disrespect my management. I followed my faith and

will continue to do so.

3. The employment situation in Tucson, AZ has resulted in my current lack of employment

has forced me to withdraw a large portion of my retirement savings. This requires that I keep a

strict budget which includes mortgage, utilities, vehicle costs and food, living on a 75% decrease

of my previous income. An additional withdrawal from these funds would add a tax burden and

1

would further deteriorate my financial stability, risking my property and independence.

4.  I have also added responsibilities as I am now raising a grandchild.  The baby was born in 2024 with severe issues, and I was able to keep him from becoming a ward of the state.  This financial burden has impacted my finances, since he receives no support other than mine.

5.  The Rule 11 penalties that RTX has requested would severely affect my finances.

Dated: October 3, 2025                                          Respectfully Submitted,


_____
Lisa Leake


## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, Lisa Leake, declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025.


_____
Lisa Leake


2

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

KRISTEN GRACE,                          )
ROSSANA HERNANDEZ,                      )
J. MICHAEL HEYSER, LISA LEAKE,          )
CHRISTOPHER STEIN, CHRISTOPHER          )
SUBLETT, and LESLIE ZEPEDA              )
                                        )
    **Plaintiffs,**                     )
                                        )    Civil Action No. 24-cv-2083-CMH-WBP
v.                                      )
                                        )
                                        )
RTX CORPORATION f/k/a RAYTHEON          )
TECHNOLOGIES CORPORATION,               )
                                        )
    **Defendant.**                      )

## <u>AFFIDAVIT OF LESLIE ZEPEDA</u>

COMES NOW Plaintiff Leslie Zepeda and submits the following affidavit in support of

of her opposition to sanctions in the above-styled case.

1.    I am over 18 years of age, of sound mind, and otherwise competent to make the

following statements.

2.    I filed this case in good faith, based on my knowledge of the facts and that the claims

had merit, supported by evidence and law. I did not file this case with any malice or for any

improper purpose.

3.    I am and have been employed part-time since losing my career at RTX. Due to the

employment opportunities in Tucson AZ, my part-time employment is a blessing. This comes with

an annual income of $18,136.00. This is a decrease of 80% of the yearly income I earned at RTX.

4.   My income is barely enough to cover my home, utilities, insurance payments,

transportation, and food.

1

5.    The financial impact of this situation has drained my savings which puts me in a risk of losing my home, my safety and my autonomy.

6.    If the court deems I am responsible for paying any amount in Rule 11 penalties, it would put me at a risk of being unhoused.

7.    I respectfully request that the court take my financial situation into consideration because it would cause a serious financial hardship.

Dated: October 3, 2025                                    Respectfully Submitted,


*Leslie Zepeda*
Leslie Zepeda (Oct 3, 2025 11:26:13 PDT)

Leslie Zepeda


## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Leslie Zepeda, declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025.


*Leslie Zepeda*
Leslie Zepeda (Oct 3, 2025 11:26:13 PDT)

Leslie Zepeda


2

# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

KRISTEN GRACE,
ROSSANA HERNANDEZ,
J. MICHAEL HEYSER, LISA LEAKE,
CHRISTOPHER STEIN, CHRISTOPHER
SUBLETT, and LESLIE ZEPEDA

      **Plaintiffs,**

v.

RTX CORPORATION f/k/a RAYTHEON
TECHNOLOGIES CORPORATION,

      **Defendant.**

Civil Action No. 24-cv-2083-CMH-WBP

## AFFIDAVIT OF CHRISTOPHER STEIN

COMES NOW Plaintiff Christopher Stein and submits the following affidavit in support of his opposition to sanctions in the above-styled case.

1.    I am over 18 years of age, of sound mind, and otherwise competent to make the following statements.

2.    I am currently unemployed and have been since Jan 1, 2025.

3.    In order to stay afloat during this time, I have already significantly reduced my local savings and taken two early withdrawals from my primary retirement IRA at Fidelity this year to support myself, my wife, and two children.

4.    There are no other forms of significant income at this time.  The requested fine/fee represents close to four months of my mortgage payment, which is by far my largest re-occurring cost per month.

5.    To pay the sanctions that RTX has requested here would constitute a significant

1

financial hardship for me and my family.


Dated: October 3, 2025                              Respectfully Submitted,




Christopher Stein


## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Christopher Stein, declare under penalty of perjury that

the foregoing is true and correct. Executed on October 3, 2025.




Christopher Stein

2

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

KRISTEN GRACE,
ROSSANA HERNANDEZ,
J. MICHAEL HEYSER, LISA LEAKE,
CHRISTOPHER STEIN, CHRISTOPHER
SUBLETT, and LESLIE ZEPEDA

     **Plaintiffs,**

v.

RTX CORPORATION f/k/a RAYTHEON
TECHNOLOGIES CORPORATION,

     **Defendant.**

Civil Action No. 24-cv-2083-CMH-WBP

## AFFIDAVIT OF KRISTEN GRACE

COMES NOW Plaintiff Kristen Grace and submits the following affidavit in support in support of her opposition to sanctions in the above-styled case.

1.    I am over 18 years of age, of sound mind, and otherwise competent to make the following statements.

2.    I am currently unemployed with $0 annual income. I rely solely on savings for all living expenses.

3.    I am also currently providing housing, utilities, transportation (including car insurance), and more than 50% of all other living expenses for my son, including any out-of-pocket medical costs, as we're both uninsured.

4.    To pay the sanctions that RTX has requested here would constitute a significant financial hardship for me and my son.

1

Dated: October 3, 2025

Respectfully Submitted,

Kristen Grace

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Kristen Grace, declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025.

Kristen Grace

2

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| KRISTEN GRACE, ROSSANA HERNANDEZ, J. MICHAEL HEYSER, LISA LEAKE, CHRISTOPHER STEIN, CHRISTOPHER SUBLETT, and LESLIE ZEPEDA | ) ) ) ) ) ) ) |  |
| **Plaintiffs,** | ) ) ) | Civil Action No. 24-cv-2083-CMH-WBP |
| v. | ) ) ) |  |
| RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, | ) ) ) |  |
| **Defendant.** | ) |  |

**AFFIDAVIT OF ROSSANA HERNANDEZ**

COMES NOW Plaintiff Rossana Hernandez and submits the following affidavit in support of

of her opposition to sanctions in the above-styled case.

1.      I am over 18 years of age, of sound mind, and otherwise competent to make the following statements.

2.      I am currently employed at JW Marriott Tucson Starr Pass. My current annual income is $89K. While my salary may seem decent, it is currently used to pay off medical bills and other financial hardship that I incurred after getting fired from Raytheon.

3.      My financial responsibilities include renting a home, which accounts for a large part of my monthly salary, paying utilities, health insurance, groceries, vehicle insurance, homeowners association fee, and four student loans.

4.      To pay the amount that RTX has requested in this case would be difficult for me, and I would be very grateful if the court would reduce or eliminate the amount.

1

Dated: October 3, 2025

Respectfully Submitted,

_Rossana Hernandez (Oct 3, 2025 12:01:51 PDT)_

Rossana Hernandez

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Rossana Hernandez, declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025.

_Rossana Hernandez (Oct 3, 2025 12:01:51 PDT)_

Rossana Hernandez

2

# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

KRISTEN GRACE,
ROSSANA HERNANDEZ,
J. MICHAEL HEYSER, LISA LEAKE,
CHRISTOPHER STEIN, CHRISTOPHER
SUBLETT, and LESLIE ZEPEDA

  **Plaintiffs,**

v.

RTX CORPORATION f/k/a RAYTHEON
TECHNOLOGIES CORPORATION,

  **Defendant.**

Civil Action No. 24-cv-2083-CMH-WBP

## <u>AFFIDAVIT OF J. MICHAEL HEYSER</u>

COMES NOW Plaintiff J. Michael Heyser am over 18 years of age, of sound mind, and otherwise competent to make the following statements.

1. After resigning in lieu of termination from Raytheon Technologies Corporation due to noncompliance with their vaccine mandate, I have had a series of (three) jobs, and I have averaged a reduction in salary of $60,000 per year.

2. Additionally, none of the jobs have been located in Tucson. So in addition to lost income, I have also incurred the expense of maintaining a second household and commuting for 3 and 1/2 years.

3. My adult daughter who has a disability lives with my wife and me in Tucson. Although my daughter works, we supplement her income.

4. To pay the sanctions that RTX has proposed would be a financial burden for my

1

family, including my adult disabled daughter, which has already experienced significant financial distress since I left RTX.

Dated: October 2, 2025                                           Respectfully Submitted,


_____
J. Michael Heyser

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I, J. Michael Heyser  declare under penalty of perjury that the foregoing is true and correct. Executed on October 2, 2025.


_____
J. Michael Heyser

2

# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

KRISTEN GRACE,
ROSSANA HERNANDEZ,
J. MICHAEL HEYSER, LISA LEAKE,
CHRISTOPHER STEIN, CHRISTOPHER
SUBLETT, and LESLIE ZEPEDA

    **Plaintiffs,**

v.


RTX CORPORATION f/k/a RAYTHEON
TECHNOLOGIES CORPORATION,

    **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 24-cv-2083-CMH-WBP

## AFFIDAVIT OF CHRISTOPHER SUBLETT

COMES NOW Plaintiff Christopher C Sublett and submits the following affidavit in support of his opposition to sanctions in the above-styled case.

1.    I am over 18 years of age, of sound mind, and otherwise competent to make the following statements.

2.    I filed the case in good faith, based on my belief that the claims had merit supported by evidence and law, and not for any improper purpose such as harassment or unnecessary delay.

3.    I am currently employed as an Engineer at an Engineering company, where I have been working since my separation from RTX in December 2021.

4.    I support a family of nine, including myself, my spouse, and seven dependents, with children ranging in age from 1 to 15 years old.

5.    My financial obligations include providing for the basic needs of my family, such as housing, food, utilities, healthcare, education, and transportation, which consume the majority of my

1

income each month.

6.      I have already incurred expenses moving out of state to acquire a new job of over $22,500.

7.      Imposing the full amount of the requested Rule 11 sanctions would cause financial hardship to me and my family and limit the educational opportunities for my children.

8.      I respectfully request that the court reduce any sanction to a nominal amount in light of the good-faith basis for my claims.

Dated: October 3, 2025                                Respectfully Submitted,


*Christopher Sublett*
Christopher Sublett [Oct 3, 2025 16:58:55 CDT]
Christopher C. Sublett


## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, Christopher C Sublett, declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2025.


*Christopher Sublett*
Christopher Sublett [Oct 3, 2025 16:58:55 CDT]
Christopher C Sublett


2