**Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia**

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):     Owen R. Wolfe

Samantha L. Brooks

Electronic Device(s):     Cell phone (one each)

Laptop computer

Apple Watch

Purpose and Location Of Use:     Hearing, Judge W. Porter

Case No.:     1:24-cv-02083

Date(s) Authorized:     October 10, 2025

IT Clearance Waived:     X ___(Yes)     ___(No)

APPROVED BY:

Date: _____     _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____     _____
                   IT Staff Member                     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

No Court authorization necessary for phones and watches. Place in Yondr security bag. No good cause shown for a laptop. Accordingly, the Request is DENIED.

William B. Porter
United States Magistrate Judge