**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KRISTEN GRACE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-02083 (CMH/WBP) |
| | ) | |
| RTX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiffs' Motion to File Outside of Time (ECF No. 54) certain exhibits (ECF No. 49) to their Memorandum in Opposition to the Amended Motion for Sanctions (ECF No. 48). On September 19, 2025, the Court ordered Plaintiffs to file a supplemental response to Defendant's Amended Motion for Sanctions (ECF No. 33) by 5:00 p.m. on October 3, 2025. (ECF No. 45.) Plaintiffs timely filed their Memorandum in Opposition but filed the exhibits at 5:03 p.m. on October 3, 2025. (ECF No. 54 at 2.) According to Plaintiffs, Defendant does not oppose the Motion. (*Id*.) Accordingly, based on the parties' agreement, a showing of good cause, and it otherwise being proper to do so, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs' exhibits are deemed timely filed.

Entered this 8th day of October 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia