**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

KRISTEN GRACE et al.,                )
                                     )
    Plaintiffs,                   )
                                     )
v.                                   )     Case No. 1:24-cv-02083 (CMH/WBP)
                                     )
RTX CORPORATION,                     )
                                     )
    Defendant.                    )

## ORDER

Before the Court is Defendant's Amended Motion for Sanctions. ("Motion"; ECF No. 33.) The Court granted the Motion on September 19, 2025, and ordered supplemental briefing and argument on the amount of any monetary sanction. (ECF No. 45.) For the reasons stated on the record at the hearing on October 10, 2025, which is available on the Court's recording system, it is hereby

ORDERED that the Court assesses a $7,500.00 sanction in favor of Defendant and against Plaintiffs' counsel the Lloyd Law Group, PLLC, which must be paid within 30 days.

Entered this 10th day of October 2025.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia