Date: 10/10/2025          Time: 10:23a – 10:55a

Judge: William B. Porter          Case #: 1:24-cv-2083

Tape: FTR/401          Court Reporter: N/A

Case: Grace et al v. RTX Corporation

☐Status Conference     ☐Final Pretrial Conference     ☒Motion(s) Hearing
☐Other:

Appearance of counsel for:
☒Plaintiff: Edward Lloyd

☒Defendant: Samantha Brooks

Motion to/for: Sanctions

Ruling on Motion(s):
☐Granted
☐Denied
☐Granted in Part/Denied in Part
☐Taken under advisement
☐Continued for further review

☐Report and Recommendation to follow
☒Order(s) to follow