IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| KRISTEN GRACE,<br>FRANCISCO GARZA,<br>ROSSANA HERNANDEZ,<br>MICHAEL HEYSER,<br>LISA LEAKE,<br>CHRISTOPHER STEIN,<br>CHRISTOPHER SUBLETT,<br>LESLIE ZEPEDA,<br><br>Plaintiffs,<br><br>v.<br><br>RTX, formerly known as Raytheon<br>Technologies Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) 1:24-cv-2083 (LMB-WBP)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Before the Court is plaintiffs' Objection to Magistrate Order ("Objection") [Dkt. No. 50].

Having reviewed the parties' briefs and in order to evaluate plaintiffs' objection, it is hereby

ORDERED that plaintiffs promptly arrange for a transcript to be filed of the relevant

hearing, which was held before the Honorable United States Magistrate Judge William B. Porter

on September 19, 2025.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of October, 2025.

Alexandria, Virginia

_____ /s/

Leonic M. Brinkema
United States District Judge