**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| KRISTEN GRACE,<br>ROSSANA HERNANDEZ,<br>J. MICHAEL HEYSER, LISA LEAKE,<br>CHRISTOPHER STEIN, CHRISTOPHER<br>SUBLETT, and LESLIE ZEPEDA | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | Civil Action No. 24-cv-2083-CMH-WBP |
| v. | ) ) ) | |
| RTX CORPORATION f/k/a RAYTHEON<br>TECHNOLOGIES CORPORATION, | ) ) ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' OBJECTION TO MAGISTRATE ORDER**

COME NOW Plaintiffs in the above-styled case and, pursuant to Federal Rule of Civil

Procedure 72(a), respectfully submit the following objections to the October 10, 2025, ruling of the

magistrate judge assessing a $7,500 sanction against Plaintiffs' counsel. Docket No. 56.

Plaintiffs incorporate the background from their Objection to the September 19, 2025,

Magistrate Order by reference. Docket No. 50. On October 10, 2025, the Magistrate heard

arguments regarding the amount of sanctions appropriate to its September 19, 2025, Order and

awarded sanctions in the amount of $7,500.

Plaintiffs file this objection only to the extent that, in the event that the Court were to

accept the Plaintiffs' objections to the September 19, 2025, Order, Plaintiffs would also ask the

Court to vacate any monetary sanctions awarded pursuant to the October 10 Order. Plaintiffs do

not otherwise challenge the amount awarded or the Court's reasoning in determining the amount

that it did.

Dated: October 24, 2025                              Respectfully Submitted,


                                                    /s/ E. Scott Lloyd
                                                    E. Scott Lloyd
                                                    Virginia Bar # 76989
                                                    Lloyd Law Group, PLLC
                                                    106 Chester Street, Suite 1
                                                    Front Royal, VA 22630
                                                    Office: (540) 823-1110
                                                    Cell: (540) 631-4081
                                                    Fax: (540) 583-4279
                                                    scott@lloydllg.com
                                                    *Counsel for the Plaintiffs*


## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing, was filed and served via ECF on this 24th day of

October 2025, upon:


Owen Richard Wolfe
*Pro hac vice*
SEYFARTH SHAW LLP
620 Eighth Avenue 32nd Floor
New York, NY 10018
(212) 218-5500
Fax: (917) 344-1394
Owolfe@seyfarth.com

Dawn Reddy Solowey
*Pro hac vice*
SEYFARTH SHAW LLP
Two Seaport Blvd, Suite 1200
Boston, MA 02210
(617) 946-4800
Fax: (617) 439-3675
Dsolowey@seyfarth.com

Samantha L. Brooks
VA Bar No. 91928

SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560
Fax: (202) 641-9209
sbrooks@seyfarth.com

*Counsel for Defendant RTX Corporation*

/s/ E. Scott Lloyd
E. Scott Loyd

3