**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

|  |  |  |
|---|---|---|
| | ) | |
| KRISTEN GRACE, | ) | |
| ROSSANA HERNANDEZ, | ) | |
| J. MICHAEL HEYSER, LISA LEAKE, | ) | |
| CHRISTOPHER STEIN, CHRISTOPHER | ) | |
| SUBLETT, and LESLIE ZEPEDA | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | Civil Action No. 24-cv-2083-CMH-WBP |
| v. | ) | |
| | ) | |
| | ) | |
| RTX CORPORATION f/k/a RAYTHEON | ) | |
| TECHNOLOGIES CORPORATION, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT MOTION FOR A SAY PENDING REVIEW

COME NOW Plaintiffs in the above-styled case and, pursuant to Federal Rules of Civil Procedure 72(b), respectfully request that this Court stay enforcement of the Magistrate Judge's Order awarding sanctions in the amount of $7,500 against Plaintiffs' counsel. Docket No. 56.

Plaintiffs incorporate the background from their Objection to the September 19, 2025, Magistrate Order by reference. Docket No. 50. On October 10, 2025, the Magistrate heard arguments regarding the amount of sanctions appropriate to its September 19, 2025, Order and awarded sanctions in the amount of $7,500. The Order provided 30 days for the payment of the award.

Plaintiffs filed a timely objection to the Magistrate's September 19, 2025, Order on October 2, 2025. Docket No. 49. Plaintiffs respectfully move this Court to issue a stay on the enforcement of the $7,500 award pending its review of the September 19 Order.

The parties have conferred, and Defendant has indicated that it consents to the stay.

1

Dated: October 24, 2025                    Respectfully Submitted,


                                           /s/ E. Scott Lloyd
                                           E. Scott Lloyd
                                           Virginia Bar # 76989
                                           Lloyd Law Group, PLLC
                                           106 Chester Street, Suite 1
                                           Front Royal, VA 22630
                                           Office: (540) 823-1110
                                           Cell: (540) 631-4081
                                           Fax: (540) 583-4279
                                           scott@lloydllg.com
                                           *Counsel for the Plaintiffs*


**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing, was filed and served via ECF on this 24th day of

October 2025, upon:


Owen Richard Wolfe
*Pro hac vice*
SEYFARTH SHAW LLP
620 Eighth Avenue 32nd Floor
New York, NY 10018
(212) 218-5500
Fax: (917) 344-1394
Owolfe@seyfarth.com

Dawn Reddy Solowey
*Pro hac vice*
SEYFARTH SHAW LLP
Two Seaport Blvd, Suite 1200
Boston, MA 02210
(617) 946-4800
Fax: (617) 439-3675
Dsolowey@seyfarth.com

Samantha L. Brooks
VA Bar No. 91928

2

SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560
Fax: (202) 641-9209
sbrooks@seyfarth.com

*Counsel for Defendant RTX Corporation*

/s/ E. Scott Lloyd
E. Scott Loyd