IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KRISTEN GRACE,
FRANCISCO GARZA,
ROSSANA HERNANDEZ,
MICHAEL HEYSER,
LISA LEAKE,
CHRISTOPHER STEIN,
CHRISTOPHER SUBLETT,
LESLIE ZEPEDA,

  Plaintiffs,

   v.

RTX, formerly known as Raytheon Technologies
Corporation,

  Defendant.

)
)
)
)
)
)
) 1:24-cv-2083 (LMB-WBP)
)
)
)
)
)
)
)
)
)
)
)
)

## ORDER

Given the parties' consent and finding good cause, plaintiffs' Consent Motion for a Stay

Pending Review, [Dkt. No. 61], is GRANTED; and it is hereby

ORDERED that execution of the $7,500.00 sanction imposed against plaintiffs' counsel

be and is STAYED until further order of the Court.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 27th day of October, 2025.

Alexandria, Virginia

               /s/

            Leonie M. Brinkema
            United States District Judge