# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| KRISTEN GRACE, FRANCISCO GARZA, ROSSANA HERNANDEZ, J. MICHAEL HEYSER, LISA LEAKE, CHRISTOPHER STEIN, CHRISTOPHER SUBLETT, and LESLIE ZEPEDA <br><br> Plaintiffs, <br><br> v. <br><br> RTX CORPORATION f/k/a RAYTHEON TECHNOLOGIES CORPORATION, <br><br> Defendant. | Civil Action No. 24-cv-2083-LMB-WBP |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' OBJECTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 72(A)

Defendant RTX Corporation f/k/a Raytheon Technologies Corporation ("Raytheon")[1] respectfully submits this response to the objection (ECF No. 60) of Kristen Grace, Rossana Hernandez, J. Michael Heyser, Lisa Leake, Christopher Stein, Christopher Sublett, and Leslie Zepeda ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 72(a), to the monetary sanction of $7,500 awarded by Magistrate Judge William B. Porter on October 10, 2025 (ECF No. 56).

Plaintiffs do not object to the amount of the monetary sanction, but assert that the monetary sanction should be vacated if the Court overrules Magistrate Judge Porter's September 19, 2025 sanctions decision. *See* ECF No. 60. Raytheon agrees that if the Court overrules

---

[1] Plaintiffs were actually employed by Raytheon Company, not Raytheon Technologies Company. Raytheon Technologies Company is now RTX Corporation. For ease of reference, RTX Corporation refers to itself and Plaintiffs' employer as "Raytheon."

Magistrate Judge Porter's September 19, 2025 decision, then the monetary sanction must necessarily be vacated.  Raytheon submits this response only to reiterate that Magistrate Judge Porter's September 19, 2025 decision should be affirmed, and Plaintiffs' objection to that decision denied, for the reasons set forth in Raytheon's October 17, 2025 response to Plaintiff's prior Rule 72(a) objection.  *See* ECF No. 58.

Dated: November 5, 2025

Respectfully submitted,

By:     */s/ Samantha L. Brooks*
Samantha L. Brooks, VA Bar No. 91928
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, D.C. 20004
(202) 828-3560
Fax: (202) 641-9209
sbrooks@seyfarth.com

Dawn R. Solowey (admitted *pro hac vice*)
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210
(617) 946-4800
dsolowey@seyfarth.com

Owen R. Wolfe (admitted *pro hac vice*)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
owolfe@seyfarth.com

*Counsel for Defendant RTX Corporation*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of November 2025, the foregoing DEFENDANT'S

RESPONSE TO PLAINTIFFS' OBJECTION PURSUANT TO FEDERAL RULE OF CIVIL

PROCEDURE 72(A) was filed with the Clerk of Court using the CM/ECF system, which will

then send a notification of such filing to the following counsel of record:

>E. Scott Loyd
>Lloyd Law Group, PLLC
>15 Chester Street
>Front Royal, VA 22630
>scott@lloydlg.com
>
>*Counsel for Plaintiffs*

>_/s/ Samantha L. Brooks_
>Samantha L. Brooks
>VA Bar No. 91928
>SEYFARTH SHAW LLP
>975 F Street, N.W.
>Washington, D.C. 20004
>(202) 828-3560
>Fax: (202) 641-9209
>sbrooks@seyfarth.com
>*Counsel for Defendant RTX Corporation*

321646734v.1