IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KRISTEN GRACE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) 1:24-cv-2083 (LMB-WBP) |
| | ) |
| RTX, formerly known as Raytheon Technologies Corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Because the Order dismissing this civil action is currently before the United States Court of Appeals for the Fourth Circuit, it is premature for this Court to resolve the plaintiffs' pending objections to the Magistrate Judge's Order granting Rule 11 Sanctions. Accordingly, it is hereby

ORDERED that plaintiffs' Objections to Magistrate Order, [Dkt. No. 50], be and is STAYED until such time as the United States Court of Appeals for the Fourth Circuit rules on the pending appeal; and it is further

ORDERED that this civil action be taken off the active docket of this Court.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 12 day of December, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge