FILED: May 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2022
(1:24-cv-02083-CMH-WBP)

_____

KRISTEN GRACE; ROSSANA HERNANDEZ; MICHAEL HEYSER; LISA
LEAKE; CHRISTOPHER STEIN; CHRISTOPHER SUBLETT; LESLIE ZEPEDA

        Plaintiffs - Appellants

and

FRANCISCO GARZA

        Plaintiff

v.

RTX CORPORATION, f/k/a Raytheon Technologies Corporation

        Defendant - Appellee

_____

TEMPORARY STAY OF MANDATE
_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In

accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*