FILED:  June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2022
(1:24-cv-02083-CMH-WBP)

_____

KRISTEN GRACE; ROSSANA HERNANDEZ; MICHAEL HEYSER; LISA LEAKE;
CHRISTOPHER STEIN; CHRISTOPHER SUBLETT; LESLIE ZEPEDA

        Plaintiffs - Appellants

 and

FRANCISCO GARZA

        Plaintiff

v.

RTX CORPORATION, f/k/a Raytheon Technologies Corporation

        Defendant - Appellee

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge

requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en

banc.

For the Court

/s/ Nwamaka Anowi, Clerk